

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00127-CR

**EX PARTE** Leonardo **NUNCIO**

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2017 CVJ 002365-C1
Honorable Hugo Martinez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED April 10, 2019.

_____
Beth Watkins, Justice